ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2013 NOV -6  PM 1:34

_____DEPUTY CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **FILED UNDER SEAL** |
| | § | |
| v. | § | |
| | § | |
| CARLOS MARTIN CONTRERAS (01) | § | NO. |
| WALTER GARCIA SANCHEZ (02) | § | |
|    A.K.A. "CUBA" | § | **3-13CR0440-L** |
| LUIS ALBERTO CASTILLO-RODRIGUEZ (03) | § | |
|    A.K.A. "CHILANGO" | § | |
| JORGE CORONADO (04) | § | **SEALED** |
| EDGAR ELIZALDE-PEREZ (05) | § | |
| JOSE LUIS FLORES (06) | § | |
|    A.K.A. "CATRACHO" | § | |
| GERARDO GALLEGOS-CONTRERAS (07) | § | |
|    A.K.A. "TITO" | § | |
| JESUS GARCIA (08) | § | |
|    A.K.A. "CHUCHO" | § | |
| RICARDO GARCIA-FLORES (09) | § | |
|    A.K.A. "ENAMORADO" | § | |
| CARLOS MEDINA (10) | § | |
| REYNALDO PINEDA (11) | § | |
|    A.K.A. "PAPUSO" | § | |
| ABEL RODRIGUEZ (12) | § | |
|    A.K.A. "GUERO" | § | |
| EDUARDO MEZA (13) | § | |
|    A.K.A. "VICTOR RODRIGUEZ" | § | |
| NOE SOLIS-RODRIGUEZ (14) | § | |
|    A.K.A. "ENTENADO" | § | |
|    A.K.A "JUAN NAVARETE LOPEZ" | § | |
| LARRY SANDOVAL, JR. (15) | § | |
|    A.K.A. "CHAPIN" | § | |
| GERVACIO VARA LIMON (16) | § | |
|    A.K.A. "MONCLOVA" | § | |
| ADEMIR RODRIGUEZ (17) | § | |
|    A.K.A "REYMUNDO RODRIGUEZ" | § | |

JOSE G SILVA RAMIREZ (18) §
   A.K.A. "CARWASH GUY" §

## INDICTMENT

The Grand Jury charges:

### Count One
Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base
(Conspiracy in violation of 21 U.S.C. §§ 846, 841)

Beginning in or about March 2011, the exact date being unknown to the Grand Jury, and continuing thereafter through the date of this indictment, in the Dallas Division of the Northern District of Texas and elsewhere, **Carlos Martin Contreras; Walter Garcia Sanchez "Cuba"; Luis Alberto Castillo-Rodriguez, a.k.a. " Chilango"; Jorge Coronado; Edgar Elizalde-Perez; Jose Luis Flores, a.k.a. "Catracho"; Gerardo Gallegos-Contreras, a.k.a. "Tito"; Jesus Garcia, a.k.a. "Chucho"; Ricardo Garcia-Flores, a.k.a. "Enamorado"; Carlos Medina; Reynaldo Pineda, a.k.a. "Papuso"; Eduardo Meza, a.k.a."Victor Rodriguez"; Noe Solis-Rodriguez, a.k.a. "Entenado," a.k.a. "Juan Navarete Lopez" ; Larry Sandoval Jr., a.k.a. "Chapin"; Gervacio Vara Limon; a.k.a. "Monclova"; Jose Silva Ramirez a.k.a. "Carwash Guy"; and Ademir Rodriguez, a.k.a. "Reymundo Rodriguez"**, the defendants, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and possess with the intent to distribute 28 grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii);

possess with the intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

All in violation of 21 U.S.C. § 846.

Count Two
Conspiracy to Possess with Intent to Distribute Methamphetamine
(In violation 21 U.S.C. §§ 846, 841)

Beginning in or about March 2011, the exact date being unknown to the Grand Jury, and continuing thereafter through the date of this indictment, in the Dallas Division of the Northern District of Texas and elsewhere **Luis Alberto Castillo-Rodriguez, a.k.a. "Chilango"; Gerardo Gallegos-Contreras, a.k.a. "Tito"; Jesus Garcia, a.k.a. "Chucho"; Reynaldo Pineda, a.k.a. "Papuso"; Abel Rodriguez a.k.a. "Guero";** the defendants, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and possess with the intent to distribute and distribute 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii).

All in violation of 21 U.S.C. § 846.

## Count Three

(Possession with the Intent to Distribute Cocaine; Aiding and Abetting
Violation of 21 U.S.C. § 841(b)(1)(C); 18 U.S.C. § 2)

On or about December 10, 2012, in the Dallas Division of the Northern District of Texas, the defendant, **Edgar Elizalde-Perez**, aided and abetted by others, knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2.

<u>Forfeiture Notice</u>
(21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Counts One, Two or Three of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Carlos Martin Contreras; Walter Garcia Sanchez "Cuba"; Luis Alberto Castillo-Rodriguez, a.k.a. " Chilango"; Jorge Coronado; Edgar Elizalde-Perez; Jose Luis Flores, a.k.a. "Catracho"; Gerardo Gallegos-Contreras, a.k.a. "Tito"; Jesus Garcia; Ricardo Garcia-Flores, a.k.a. "Enamorado"; Carlos Medina; Reynaldo Pineda, a.k.a. "Papuso"; Abel Rodriguez a.k.a. "Guero"; Eduardo Meza, a.k.a. "Victor Rodriguez"; Noe Solis-Rodriguez, a.k.a. "Juan Navarete Lopez, a.k.a. "Entenado,"; Larry Sandoval Jr., a.k.a. "Chapin"; and Gervacio Vara Limon; a.k.a. "Monclova" Jose Silva Ramirez a.k.a. "Carwash Guy"; and Ademir Rodriguez, a.k.a. "Reymundo Rodriguez"**, shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

A TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
John.Kull@usdoj.gov

_____
CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
cara.pierce@usdoj.gov

_____
JOHN DE LA GARZA
Assistant United States Attorney
Texas State Bar No. 00796455

Indictment - Page 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

CARLOS MARTIN CONTRERAS (01),
WALTER GARCIA SANCHEZ (02) A.K.A. "CUBA",
LUIS ALBERTO CASTILLO-RODRIGUEZ (03) A.K.A. "CHILANGO",
JORGE CORONADO (04), EDGAR ELIZALDE-PEREZ (05),
JOSE LUIS FLORES (06) A.K.A. "CATRACHO",
GERARDO GALLEGOS-CONTRERAS (07) A.K.A. "TITO",
JESUS GARCIA (08) A.K.A. "CHUCHO",
RICARDO GARCIA-FLORES (09) A.K.A. "ENAMORADO",
CARLOS MEDINA (10), REYNALDO PINEDA (11) A.K.A. "PAPUSO",
ABEL RODRIGUEZ (12) A.K.A. "GUERO",
EDUARDO MEZA (13) A.K.A. "VICTOR RODRIGUEZ",
NOE SOLIS-RODRIGUEZ (14) A.K.A. "ENTENADO",
A.K.A "JUAN NAVARETE LOPEZ"
LARRY SANDOVAL, JR. (15) A.K.A. "CHAPIN"
GERVACIO VARA LIMON (16) A.K.A. "MONCLOVA"
ADEMIR RODRIGUEZ (17) A.K.A "REYMUNDO RODRIGUEZ"
JOSE G SILVA RAMIREZ (18) A.K.A. "CARWASH GUY"

---

SEALED INDICTMENT

21 U.S.C. §§ 846, 841
Conspiracy



21 U.S.C. § 841(b)(1)(C); 18 U.S.C. § 2
Possession with the intent to Distribute Cocaine; Aiding and Abetting

21 U.S.C. § 853(a)
Forfeiture Notice

3 Counts

---

A true bill rendered

---

DALLAS _____/s/_____ FOREPERSON

Filed in open court this _____ day of November, A.D., 2013.

---

_____ Clerk

**Arrest Warrant needed for all defendants**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate/Criminal case pending: