ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| CARLOS MARTIN CONTRERAS (01) | § | NO. 3:13-CR-440-L |
| WALTER GARCIA SANCHEZ (02) | § | (Supersedes Indictment Filed |
|    A.K.A. "CUBA" | § | November 6, 2013) |
| LUIS ALBERTO CASTILLO-RODRIQUEZ (03) | § | |
|    A.K.A. "CHILANGO" | § | |
| JORGE CORONADO (04) | § | |
| EDGAR ELIZALDE-PEREZ (05) | § | |
| JOSE LUIS FLORES (06) | § | |
|    A.K.A. "CATRACHO" | § | |
| GERARDO GALLEGOS-CONTRERAS (07) | § | |
|    A.K.A. "TITO" | § | |
| JESUS GARCIA (08) | § | |
|    A.K.A. "CHUCHO" | § | |
| RICARDO GARCIA-FLORES (09) | § | |
|    A.K.A. "ENAMORADO" | § | |
| CARLOS MEDINA (10) | § | |
| REYNALDO PINEDA (11) | § | |
|    A.K.A. "PAPUSO" | § | |
| ABEL RODRIGUEZ (12) | § | |
|    A.K.A. "GUERO" | § | |
| EDUARDO MEZA (13) | § | |
|    A.K.A. "VICTOR RODRIGUEZ" | § | |
| NOE SOLIS-RODRIGUEZ (14) | § | |
|    A.K.A. "ENTENADO" | § | |
|    A.K.A "JUAN NAVARETE LOPEZ" | § | |
| LARRY SANDOVAL, JR. (15) | § | |
|    A.K.A. "CHAPIN" | § | |
| GERVACIO VARA LIMON (16) | § | |
|    A.K.A. "MONCLOVA" | § | |
| ADEMIR RODRIGUEZ (17) | § | |
|    A.K.A "REYMUNDO RODRIGUEZ" | § | |

JOSE G SILVA RAMIREZ (18)           §
   A.K.A. "CARWASH GUY"             §
LUDIVINA PEREZ-RODRIGUEZ (19)       §

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count One
Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base
(Conspiracy in violation of 21 U.S.C. §§ 846, 841)

Beginning in or about March 2011, the exact date being unknown to the Grand Jury, and continuing thereafter through the date of this indictment, in the Dallas Division of the Northern District of Texas and elsewhere, **Carlos Martin Contreras; Walter Garcia Sanchez "Cuba"; Luis Alberto Castillo-Rodriquez, a.k.a. " Chilango"; Jorge Coronado; Edgar Elizalde-Perez; Jose Luis Flores, a.k.a. "Catracho"; Gerardo Gallegos-Contreras, a.k.a. "Tito"; Jesus Garcia, a.k.a. "Chucho"; Ricardo Garcia-Flores, a.k.a. "Enamorado"; Carlos Medina; Reynaldo Pineda, a.k.a. "Papuso"; Eduardo Meza, a.k.a."Victor Rodriguez"; Noe Solis-Rodriguez, a.k.a. "Entenado," a.k.a. "Juan Navaretelopez" ; Larry Sandoval Jr., a.k.a. "Chapin"; Gervacio Vara Limon; a.k.a. "Monclova"; Jose Silva Ramirez a.k.a. "Carwash Guy";Ademir Rodriguez, a.k.a. "Reymundo Rodriguez"; and Ludivina Perez-Rodriguez** the defendants, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and possess with the intent to distribute 28 grams or more of a mixture or

substance containing cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii); possess with the intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C)

All in violation of 21 U.S.C. § 846.

## Count Two
### Conspiracy to Possess with Intent to Distribute Methamphetamine
(In violation 21 U.S.C. §§ 846, 841)

Beginning in or about March 2011, the exact date being unknown to the Grand Jury, and continuing thereafter through the date of this indictment, in the Dallas Division of the Northern District of Texas and elsewhere **Luis Alberto Castillo-Rodriquez, a.k.a. "Chilango"; Gerardo Gallegos-Contreras, a.k.a. "Tito"; Jesus Garcia, a.k.a. "Chucho"; Reynaldo Pineda, a.k.a. "Papuso"; Abel Rodriguez a.k.a. "Guero";** the defendants, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and possess with the intent to distribute and distribute 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii).

All in violation of 21 U.S.C. § 846.

## Count Three

(Possession with the Intent to Distribute Cocaine; Aiding and Abetting
Violation of 21 U.S.C. § 841(b)(1)(C); 18 U.S.C. § 2)

On or about December 10, 2012, in the Dallas Division of the Northern District of Texas, the defendant, **Edgar Elizalde-Perez**, aided and abetted by others, knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2.

Forfeiture Notice
(21 U.S.C. § 853(a)

Upon conviction for the offense alleged in Counts One, Two or Three of this Superseding Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Carlos Martin Contreras; Walter Garcia Sanchez "Cuba"; Luis Alberto Castillo-Rodriquez, a.k.a. " Chilango"; Jorge Coronado; Edgar Elizalde-Perez; Jose Luis Flores, a.k.a. "Catracho"; Gerardo Gallegos-Contreras, a.k.a. "Tito"; Jesus Garcia; Ricardo Garcia-Flores, a.k.a. "Enamorado"; Carlos Medina; Reynaldo Pineda, a.k.a. "Papuso"; Abel Rodriguez a.k.a. "Guero"; Eduardo Meza, a.k.a. "Victor Rodriguez"; Noe Solis-Rodriguez, a.k.a. "Juan Navaretelopez, a.k.a. "Entenado"; Larry Sandoval Jr., a.k.a. "Chapin"; Gervacio Vara Limon; a.k.a. "Monclova" Jose Silva Ramirez a.k.a. "Carwash Guy"; Ademir Rodriguez, a.k.a. "Reymundo Rodriguez"; and Ludivina Perez-Rodriguez** shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

"This property includes, but is not limited to, the following:

1. The real property situated at 311 Sharon Street, Irving, Dallas County, Texas, more specifically described as Lot 13, Block A of Revision of Ross Addition, an addition to the City of Irving, Dallas
County, Texas, according to the plat thereof recorded in Volume 41, Page 33, Map Records."

A TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
John.Kull@usdoj.gov

For: _____
CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
cara.pierce@usdoj.gov

_____
JOHN DE LA GARZA
Assistant United States Attorney
Texas State Bar No. 00796455
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
John.Delagarza@usdoj.gov

Superseding Indictment - Page 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CARLOS MARTIN CONTRERAS (01), WALTER GARCIA SANCHEZ (02), A.K.A. "CUBA", LUIS ALBERTO CASTILLO-RODRIQUEZ (03) A.K.A. "CHILANGO", JORGE CORONADO (04), EDGAR ELIZALDE-PEREZ (05), JOSE LUIS FLORES (06) A.K.A. "CATRACHO", GERARDO GALLEGOS-CONTRERAS (07), A.K.A. "TITO", JESUS GARCIA (08) A.K.A. "CHUCHO", RICARDO GARCIA-FLORES (09) A.K.A. "ENAMORADO", CARLOS MEDINA (10), REYNALDO PINEDA (11) A.K.A. "PAPUSO", ABEL RODRIGUEZ (12) A.K.A. "GUERO", EDUARDO MEZA (13) A.K.A. "VICTOR RODRIGUEZ", NOE SOLIS-RODRIGUEZ (14) A.K.A. "ENTENADO", A.K.A "JUAN NAVARETE LOPEZ", LARRY SANDOVAL, JR. (15) A.K.A. CHAPIN", GERVACIO VARA LIMON (16) A.K.A. "MONCLOVA", ADEMIR RODRIGUEZ (17) A.K.A "REYMUNDO RODRIGUEZ", JOSE G SILVA RAMIREZ (18), A.K.A. "CARWASH GUY", LUDIVINA PEREZ-RODRIGUEZ (19)

## SUPERSEDING INDICTMENT

21 U.S.C. §§ 846, 841
Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base

21 U.S.C. §§ 846, 841
Conspiracy to Possess with Intent to Distribute Methamphetamine

21 U.S.C. §§ 841(b)(1)(C); 18 U.S.C. § 2
Possession with the Intent to Distribute Cocaine
Aiding and Abetting

21 USC § 853(a)
Forfeiture

3 Counts

A true bill rendered

-------------------------------------------------                      ----------------------------------
DALLAS                                                                                      FOREPERSON

Filed in open court this  7  day of January, 2014

------------------------------------------------------------------------------------------------
                                                                                                                     Clerk

**Warrant to be issued for LUDVINA PEREZ-RODRIGUEZ (19)**

------------------------------------------------------------------------------------------------
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
Criminal No. 3:13-CR-440-L
Magistrate No. 3-13-MJ-852-BH